

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| HIBU, INC., | § | No. 08-19-00010-CV |
| Appellant, | § | Appeal from |
| v. | § | 342nd District Court |
| DEX MEDIA, INC. AND DEX ONE SERVICE, INC., | § | of Tarrant County, Texas |
| Appellees. | § | (TC # 342-297879-18) |

## J U D G M E N T

The Court has considered this cause on the joint motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order costs be assessed against the party incurring same. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF APRIL, 2019.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.